UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

WILLIAM NORKUNAS, Individually,

      Plaintiff,

vs.                                  Case No.: 1:13-cv-13234-JLT

IHMS (BOSTON) LLC, a Delaware Limited
Liability Company,

      Defendant.
_____/

**JOINT SCHEDULING STATEMENT**
**PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement:

1. **Matters Discussed by Parties.**  The parties discussed the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative dispute resolution; and

    d. Settlement.

2. **Procedural Motions and other Pending Matters**.  There are no pending motions currently before the Court.

William Norkunas v. IHMS (Boston), LLC.
Case No. 1:13-cv-13234-JLT

3. **Schedule for Discovery.** The parties have agreed on the following case schedule:

| Event | Agreed Deadline |
| --- | --- |
| Fed.R.Civ.P. 26(a)(C)-(D) disclosures | April 11, 2014 |
| Fed.R.Civ.P. 26(a)(A)-(B) disclosures | April 11, 2014 |
| Plaintiffs' expert reports (Fed.R.Civ.P. 26(a)(2)) | May 21, 2014 |
| Motions to add parties or amend pleadings | May 7, 2014 |
| Defendants' expert reports (Fed.R.Civ.P. 26(a)(2)) | May 30, 2014 |
| Close of discovery (except expert discovery) | June 16, 2014 |
| Summary judgment motions | June 23, 2014 |
| Close of expert discovery | June 23, 2014 |
| All other motions, excluding motions in limine | June 23, 2014 |

4. **Discovery Limits.** The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5. **Settlement.** The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6. **Trial by Magistrate Judge**. At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7. **Budget and Alternative Dispute Resolution.** Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of alternative dispute resolution. The parties are willing to participate in mediation in an attempt

<div align="right">

<u>William Norkunas v. IHMS (Boston), LLC.</u>
Case No. 1:13-cv-13234-JLT

</div>

to resolve this matter and have agreed on, or will attempt to agree upon, a mutually acceptable mediator.  The parties will file their certifications required pursuant to Local Rule 16.1(D)(3) under separate covers.

      8.      **Modification of Schedule**.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

<div align="center">Respectfully submitted,</div>

Counsel for Plaintiff:

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfullerf@fullerfuller.com
and
George W. Skogstrom, Jr., Esq
Schlossberg, LLC
35 Braintree Hill, Suite 204
Braintree, MA 02185
Telephone:  (781) 848-5028
Facsimile:  (781) 848-5096
Gskogstrom@sabusinesslaw.com
*Attorneys for Plaintiff*

Date:<u>    April 3, 2014           </u>

Counsel for Defendant:

/s/Justin F. Keith
Justin F. Keith, Esq.
Terence P. McCourt, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
keithj@gtlaw.com
mccourt@gtlaw.com
*Attorneys for the Defendant*

Date:<u>       April 3, 2014           </u>

**SO ORDERED**, this ___ day of _____, 2014, in Boston, Massachusetts.

<div align="center" style="margin-left: 40%;">

_____
United States District Court Judge

</div>

<div align="center">**3**</div>

<div style="text-align: right;">
<u>William Norkunas v. IHMS (Boston), LLC.</u>
Case No. 1:13-cv-13234-JLT
</div>

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on April 3, 2014.

<div style="text-align: right;">
<i>/s/ Lawrence A. Fuller</i>
Lawrence A. Fuller, Esq.
</div>